**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **July 26, 2019** |
| **TIME:** | **10:30 a.m.** |
| **DOCKET NUMBER(S):** | **CV 19-1625 (ARR)** |
| **NAME OF CASE(S):** | **Stidhum et al v. 161-10 Hillside Auto Ave, LLC et al** |
| **FOR PLAINTIFF(S):** | **Schweitzer** |
| **FOR DEFENDANT(S):** | **Kataev** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **10:46-10:48** |

**INITIAL CONFERENCE RULINGS:**

**Defendants will produce the plaintiffs' payroll records for the limited time at issue by August 12, 2019.**

**THE PARTIES WILL SUBMIT A JOINT LETTER BY SEPTEMBER 9, 2019, REPORTING ON WHETHER THEY HAVE REACHED A SETTLEMENT OR SEEK A REFERRAL TO COURT-ANNEXED FLSA MEDIATION.**