UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LETICIA STIDHUM and DAVID MANRIQUE, on
their own behalf and on behalf of others similarly
situated,

                Plaintiffs,

- against -

161-10 HILLSIDE AUTO AVE., LLC d/b/a Hillside
Auto Outlet, HILLSIDE AUTOMALL INC d/b/a
Hillside Auto Mall, ISHAQUE THANWALLE, and
RONALD M. BARON,

                Defendants.
-------------------------------------------------------------X

Case No.: 1:19-cv-1625 (ARR) (SMG)

**STIPULATION OF DISMISSAL
WITHOUT PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendants that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action shall be dismissed without prejudice and with each party to bear its own costs.

Dated: Flushing, New York
       July 31, 2019

TROY LAW, PLLC

_____
Aaron Schweitzer, Esq.
41-25 Kissena Boulevard
Suite 119
Flushing, NY 11355
(718) 762-1324 (office)
(718) 762-1342 (facsimile)
troylaw@troypllc.com

*Attorneys for Plaintiffs*

Dated: Lake Success, New York
       July 31, 2019

MILMAN LABUDA LAW GROUP PLLC

_____
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*