UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LETICIA STIDHUM and DAVID MANRIQUE, on their own behalf and on behalf of others similarly situated,

                    Case No.:  1:19-cv-1625 (ARR) (SMG)

                  **Plaintiffs,**

                    NOTICE OF MOTION

    - against -

**161-10 HILLSIDE AUTO AVE., LLC d/b/a Hillside Auto Outlet, HILLSIDE AUTOMALL INC d/b/a Hillside Auto Mall, ISHAQUE THANWALLE, and RONALD M. BARON,**

                  **Defendants.**
-----------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that upon the accompanying memorandum of law in support, and all the prior papers and proceedings herein, the Defendants will move this Court, before the Hon. Allyne R. Ross, U.S.D.J., at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201-1804, for an Order: (i) awarding attorneys' fees and costs to Defendants arising out of Plaintiff's voluntary dismissal of this case without prejudice; (ii) staying Plaintiff's subsequently filed state court action until such time as Plaintiff complies with the aforesaid Order to pay attorneys' fees and costs; and (iii) for such other and further relief as the Court deems just, equitable, and proper.

    Pursuant to ¶ III(A) of the Hon. Allyne R. Ross, U.S.D.J.'s Individual Practices and Rules, this is motion may be made on notice without a pre-motion conference.

    Pursuant to Local Civil Rule 6.1, Plaintiff's opposition papers are due on Monday, September 6, 2021, as extended by Rule 6 of the Federal Rules of Civil Procedure ("Rules" or "Rule"), and Defendants' reply papers in further support are due on September 13, 2021, as extended by Rule 6.

Dated: Lake Success, New York
August 23, 2021

**MILMAN LABUDA LAW GROUP PLLC**

By: */s    Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*