UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

LETICIA STIDHUM and DAVID MANRIQUE, on
their own behalf and on behalf of others similarly
situated,

                              Plaintiffs,          **Case No.:** 1:19-cv-1625 (ARR) (RML)

        -against-

                                              **NOTICE OF MOTION**

161-10 HILLSIDE AUTO AVE., LLC d/b/a Hillside
Auto Outlet, HILLSIDE AUTOMALL INC d/b/a
Hillside Auto Mall, ISHAQUE THANWALLE, and
RONALD M. BARON,

                                Defendants.

-------------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, that pursuant to Rule 72(a) of the Federal Rules of Civil

Procedures (hereinafter "Rules" or "Rule"), the Memorandum of Law in Support, the Declaration

of Emanuel Kataev, Esq. with its accompanying exhibits, and all the papers and pleadings in this

case, Defendants will respectfully move this Court before the Hon. Allyne R. Ross, U.S.D.J., on a

date and time to be determined by the Court, for an Order setting aside the Hon. Robert M. Levy,

U.S.M.J.'s Report and Recommendation, dated March 3, 2022, denying Defendants' motion for

attorneys' fees pursuant to Rule 41(d), as well as for such other and further relief as this honorable

Court deems just, equitable, and proper.

  Dated:  Lake Success, New York
            March 28, 2022                  **MILMAN LABUDA LAW GROUP PLLC**

                                              By:  */s  Emanuel Kataev, Esq.*_____
                                              Emanuel Kataev, Esq.
                                              3000 Marcus Avenue, Suite 3W8
                                              Lake Success, NY 11042-1073
                                              (516) 328-8899 (office)
                                              (516) 303-1395 (direct dial)
                                              (516) 328-0082 (facsimile)
                                              emanuel@mllaborlaw.com

                                            *Attorneys for Defendants*